## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | | |
|---|---|---|
| ALYSSA MCLAUGHLIN AND WILLIAM MCLAUGHLIN | : | No. 7 WAP 2022 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Superior Court entered July 28, |
| v. | : | 2021 at No. 1115 WDA 2020, |
| | : | affirming the Order of the Court of |
| | : | Common Pleas of Washington |
| AMIT NAHATA, M.D.; KATHRYN SIMONS, | : | County entered February 5, 2020 at |
| M.D.; ANNE F. JOSIAH, M.D.; THOMAS | : | No. 2015-3223 and remanding. |
| PIROSKO, D.O.; JESSIE GANJOO, M.D.; | : | |
| ASHLEY BERKLEY, D.O.; THE | : | ARGUED: October 26, 2022 |
| WASHINGTON HOSPITAL; AND | : | |
| WASHINGTON HEALTH SYSTEM | : | |
| WASHINGTON HOSPITAL | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DIALYSIS CLINIC, INC. | : | |
| | : | |
| | : | |
| APPEAL OF: DIALYSIS CLINIC, INC. | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of July, 2023, we affirm the Superior Court's determination on the contribution issue for the reasons set forth in the Opinion of the Court. Because the Justices are unable to reach consensus regarding the Superior Court's determination on the indemnification issue, the Superior Court's determination is affirmed by operation of law.